**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **VICTOR JHONATAN VILLANUEVA FUENTES,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2025-KC** |
| | § | |
| **MARCOS CHARLES, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On August 11, 2026, the Court granted in part Victor Jhonatan Villanueva Fuentes' Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Aug. 11, 2026, Order 3–4, ECF No. 6.

Respondents have now informed the Court that on August 12, 2026, an IJ denied Villanueva Fuentes bond on the basis of flight risk. Status Report, ECF No. 10; *see id.* Ex. A ("IJ Order"), ECF No. 10-1.

Villanueva Fuentes argues that Respondents failed to comply with the Court's Order because he was transferred to a different facility for the bond hearing and "was provided zero advance written notice of the bond hearing." Emergency Mot. ¶¶ 3–4, ECF No. 8. He claims that this "depriv[ed] him of any meaningful opportunity to retain legal counsel, contact his family, or assemble documentary evidence." *Id.* ¶ 4. Yet, Villanueva Fuentes filed his Petition, specifically seeking a bond hearing, on July 30, nearly three weeks ago. This should have been

ample time to prepare for the bond hearing he expressly requested. The Court thus does not find that the bond hearing was constitutionally inadequate.

Accordingly, the Court **ORDERS** that Villanueva Fuentes's Emergency Motion, ECF No. 8, is **DENIED as moot**.

It thus appears that no matters remain to be resolved in this case. *See generally* Pet., ECF No. 1; Aug. 11, 2026, Order. Accordingly, **the Clerk shall close the case.**

**SO ORDERED**.

SIGNED this 19th day of August, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE